# United States District Court

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA
V.

Fredis Paiz

**CRIMINAL COMPLAINT**

CASE NUMBER:

Mag 98-0075-M-LRL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **3/11/98** in **Clark** county, in the _____ District of **Nevada** defendant(s), did:
(Track Statutory Language of Offense)

wilfully, unlawfully, knowingly and with intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to Tijuana, Mexico, or another unknown location in Mexico, after committing the crime of Murder With A Deadly Weapon, a felony under the laws of the State of Nevada, Nevada Revised Statutes (NRS).

in violation of Title **18** United States Code, Section(s) **1073**.

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:
(Official Title)

On 3/20/98, Detective Paul Bigham, Las Vegas Metropolitan Police Department (LVMPD), Homicide Section, advised that Defendant has been charged with the 3/11/98 shooting death of Maurice Miller. On 3/20/98, Justice of the Peace Douglas Smith, Justice Court, Las Vegas Township, Clark County, Nevada, issued a warrant for Defendant, Case Number 98F03838X, charging him with Murder With A Deadly Weapon.

On 3/20/98, Detective Al Cervantes, LVMPD, spoke to Defendant's wife, Teresa M. Ramirez, who advised Detective Cervantes that Defendant had left Las Vegas, but she would not tell Detective Cervantes where he had gone. Ramirez also indicated to Detective Cervantes that she was moving, but she would not specify where. Detective Cervantes also spoke to one of Defendant and Ramirez' neighbors, who advised that Defendant was in Tijuana, Mexico, waiting for his wife to join him. According to the neighbor, Defendant and his wife were then going to someplace else in Mexico, or to El Salvador (Defendant was born in El Salvador). Additionally, Secret Witness, a program operated by the LVMPD, has received information from a caller indicating

Continued on the attached sheet and made a part hereof:    Yes ☒ No ☐

_____
Signature of Complainant
Austin F. Hamilton
Special Agent, FBI
Las Vegas, Nevada

Sworn to before me and subscribed in my presence,
By_____

**3/31/98**       at    Las Vegas, Nevada
Date                    City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

OFFENSE CONTINUED:

FACTS CONTINUED: that Defendant went to Mexico after the 3/11/98 murder of Maurice Miller.